IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JAMES W. CAMPBELL,<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security<br>Defendant | Civil No. 05-1144-AS  HA<br><br><br>ORDER FOR EAJA FEES |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,800.00, pursuant to 28 U.S.C. § 2412, and costs in the amount of $250.00, pursuant to 28 U.S.C. § 1920, shall be awarded to Plaintiff, with the check to be mailed to Plaintiff's counsel.

DATED this ___28___ day of ___July___, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Richard M. Rodriguez
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
(206) 615-3748
Of Attorneys for Defendant

Page 1    ORDER - [05-1144-AS]